IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| STEPHEN WARD, | : | |
| Petitioner, | : | |
| vs. | : | Civil Action File No. |
| | : | **1:04-CV-27 (WLS)** |
| CURTIS JOHNSON, Warden, | : | |
| Respondent. | : | |

**ORDER**

Presently pending in this *pro se* prisoner *habeas corpus* action are several motions filed by petitioner.

Petitioner is currently serving sentences for burglary resulting from his March 9, 1999 Dougherty County conviction.  Ward v. State,  242 Ga. App. 246 (2000).

*1. Petitioner's Motion for to Produce (tab 16)*; *Petitioner's Motion to Dismiss Motion (tab 19)*

Petitioner requests that this court enter a order requiring respondent to produce for plaintiff's inspection a signed recidivist count in his indictment.

However, in the motion at tab 19, petitioner admits to mistakenly filing the earlier motion to produce at tab 16, and requests the court to dismiss the earlier motion.  Petitioner's Motion to produce is therefor **DENIED**, and his motion to dismiss motion is **GRANTED**.

*2. Petitioner's Motion to Compel (tab 21)*

Petitioner files this motion to compel the production of documents concerning a recidivist count in his indictment.  Petitioner states this information is relevant to his claim of ineffective assistance of counsel on appeal.  For good cause shown, petitioner's motion is **GRANTED**;

respondent is instructed to provide petitioner with a copy of the indictment to include the recidivist count WITHIN THIRTY (30) DAYS of the date of this order.  A copy should be sufficient to meet petitioner's needs.

**SO ORDERED**, this 6th day of September, 2005.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd